Judge: Marc Barreca
Chapter: 13
Hearing Date: March 27, 2014
Hearing Time: 9:30 am
Hearing Location: Judge Barreca's Courtroom
700 Stewart St #7106
Seattle,WA 98101-8101
Response Date: March 20, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

CHRISTINA MARIE CRANFORD,
3501 S Lucile St
Seattle, WA 98118-2251

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 12-21597

NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that the Trustee's Motion for Dismissal **IS SET FOR HEARING** as follow:

Judge: Marc Barreca
Location: Judge Barreca's Courtroom
700 Stewart St #7106
Seattle,WA 98101-8101

Date: March 27, 2014
Time: 9:30 am

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and serve **two (2)** copies on the Chapter 13 Trustee **NOT LATER THAN THE RESPONSE DATE**, which is March 20, 2014.

**IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion, **GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE,** and strike the hearing.

Dated: February 26, 2014

/s/K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA# 8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094   NOTICE OF HEARING

Judge: Marc Barreca
Chapter: 13
Hearing Date: March 27, 2014
Hearing Time: 9:30 am
Hearing Location: Judge Barreca's Courtroom
700 Stewart St #7106
Seattle,WA 98101-8101
Response Date: March 20, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>CHRISTINA MARIE CRANFORD,<br><br>                       Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 12-21597<br><br>TRUSTEE'S MOTION<br>TO DISMISS PLAN |

**Comes now,** K. Michael Fitzgerald, Chapter 13 Trustee and moves for the dismissal of the above-encaptioned Chapter 13 Plan on the following grounds:

The confirmed Plan requires annualized payments of $395.42 per month. The plan is now delinquent a total of $1,460.00 calculated through 2/26/2014.

**Wherefore,** the Chapter 13 Trustee requests the Court dismiss the case.

Dated: February 26, 2014

                                                              /s/ K. Michael Fitzgerald
                                                              K. Michael Fitzgerald
                                                              Chapter 13 Trustee
                                                              WSBA #8115

CM093    TRUSTEE'S MOTION TO DISMISS PLAN

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

Case 12-21597-MLB    Doc 18    Filed 02/26/14    Ent. 02/26/14 17:12:09    Pg. 2 of 3

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 12-21597 |
|---|---|
| CHRISTINA MARIE CRANFORD, | Proposed ORDER DISMISSING CHAPTER 13 CASE |
| Debtor. | |

**This matter** having come on for hearing upon the Chapter 13 Trustee's Motion to Dismiss Case, proper notice having been given, and the court finding and concluding that the debtor has failed to comply with the provisions of 11 U.S.C. § 1307(c), now, therefore, it is hereby

**Ordered** that this case is dismissed effective on the date of this Order.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

ORDER DISMISSING CASE

CM095