**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 12-21597 |
|---|---|
| CHRISTINA MARIE CRANFORD, | |
| Debtor. | ORDER DISMISSING CHAPTER 13 CASE |

**THIS MATTER** having come on for hearing upon the Chapter 13 Trustee's Motion to Dismiss Case, proper notice having been given, the Response Date having passed and no written response having been filed, and the court finding and concluding that the debtor has failed to comply with the provisions of 11 U.S.C. § 1307(c), it is

**Ordered** that this case is dismissed.

/ / /End of Order/ / /

Presented by:

_/s/K. Michael Fitzgerald_
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124